# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HORATIO O. GREER,** | : | **CIVIL ACTION NO. 1:07-CV-2248** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **YORK COUNTY PRISON, <u>et al.</u>** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of December, 2007, upon consideration of plaintiff's motion for appointment of counsel (Doc. 2), and it appearing at this early stage in the proceedings that plaintiff is capable of properly and forcefully prosecuting his claims and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 2) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

                                              S/ Christopher C. Conner
                                     CHRISTOPHER C. CONNER
                                     United States District Judge